IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PAMELA CROSS; VERTIS JEAN CURLEY;
KATESSIA PERRY; ELMON STEWART;
FREDERICK RANDLE; DARRYL WASHINGTON;
KAREN MICHELLE WILLIAMS; INDIVIDUALLY
AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED                                                      PLAINTIFFS


V.                    CASE NO. 4:03CV00702 JMM


NORTH LITTLE ROCK SCHOOL DISTRICT                                        DEFENDANT


## ORDER

Pursuant to the Joint Stipulation for Dismissal entered October 18, 2006 (docket entry #28), the Complaints of Separate Plaintiffs Pamela Cross, Vertis Jean Curley, Frederick Randle and Darryl Washington are hereby dismissed with prejudice.

This case will be removed from the trial docket the week of November 6, 2006, to be reset if necessary for the remaining Plaintiffs.

IT IS SO ORDERED this 26th day of October, 2006.

_____
James M. Moody
United States District Judge