IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**PAMELA CROSS, ET AL.**                                                                                      **PLAINTIFFS**

VS.                       CASE NO. 4:03CV000702

**NORTH LITTLE ROCK SCHOOL DISTRICT**                     **DEFENDANT**

**ORDER**

Based upon the December 7, 2006 Joint Stipulation of Dismissal the complaint as to all plaintiffs is dismissed with prejudice. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED THIS  8  day of  December , 2006.

_____
James M. Moody
United States District Court